UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLAN CHIOCCA,<br>    Plaintiff,<br><br>VS.<br><br>TOWN OF ROCKLAND, DEIRDRE HALL, EDWARD KIMBALL, LARRY RYAN, MICHAEL MULLEN, JR., MICHAEL O'LOUGHLILN, RICHARD PENNY and KARA NYMAN,<br>    Defendants | )<br>)<br>)<br>) C.A. NO. 1:19-cv-10482-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' JOINT MOTION TO DISMISS
## PURSUANT TO FED. R. CIV. P. 8

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, the Defendants, Town of Rockland, Deirdre Hall, Larry Ryan, Michael Mullen, Jr., Michael O'Loughlin, Richard Penney and Kara Nyman (the "defendants") move this Honorable Court to dismiss Plaintiff's Complaint for failing to comply with Fed. R. Civ. P. 8. Defendants submit the attached memorandum of law in support of this motion.

WHEREFORE, the Defendants most respectfully request that this Honorable Court dismiss the Plaintiff's Complaint for failing to comply with Fed. R. Civ. P. 8.

Respectfully submitted,

| | |
|---|---|
| Defendants,<br>TOWN OF ROCKLAND, LARRY RYAN,<br>MICHAEL MULLEN, JR., MICHAEL O'LOUGHLIN,<br>RICHARD PENNEY AND KARA NYMAN,<br>By their Attorneys,<br>**PIERCE DAVIS & PERRITANO LLP**<br><br>*/s/ Jason W. Crotty*<br>_____<br>John J. Davis, BBO #115890<br>Jason W. Crotty, BBO #656313<br>10 Post Office Square, Suite 1100<br>Boston, MA 02109<br>(617) 350-0950<br>jdavis@piercedavis.com<br>jcrotty@piercedavis.com | Defendant.<br>DEIRDRE HALL<br>By her Attorney,<br>**Rose Kallor, LLP**<br><br>*/s/ Cindy Cieslak*<br>_____<br>Cindy Cieslak, BBO #685498<br>750 Main Street, Suite 1108-3<br>Hartford, CT 06103<br>(860) 361-7995<br>ccieslak@rosekallor.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on April 24, 2019.

      */s/ Jason W. Crotty*
      _____
      Jason W. Crotty, Esq.