UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Allan Chiocca,                              )<br>                                                     )<br>     Plaintiff                              )<br>                                                     )<br>v.                                                  )<br>                                                     )<br>The Town of Rockland, Deirdre Hall, )<br>Edward Kimball, Larry Ryan,          )<br>Michael Mullen Jr., Michael O'Loughlin, )<br>Richard Penney and Kara Nyman,  )<br>                                                     )<br>     Defendants                           ) | C.A. No. 1:19-cv-10482-WGY |

## JOINT STATUS REPORT

Counsel for the parties in the above-captioned case have conferred about how scheduling and discovery in this case should proceed in light of the delays caused by the COVID-19 pandemic. The parties hereby respectfully submit their joint status report and seek a modification of the scheduling plan as set forth herein. Specifically, the Plaintiff, Allan Chiocca and the Defendants, the Town of Rockland, Larry Ryan, Michael Mullen Jr., Michael O'Loughlin, Richard Penney and Kara Nyman, as well as Defendants and Counter-Claim Plaintiffs Deirdre Hall and Edward Kimball (collectively hereinafter the "Parties"), hereby state and propose the following:

1. On May 27, 2020, the Parties submitted an amended joint scheduling plan upon expiration of the stay requested by Deirdre Hall and due to disruptions caused by the COVID-19 global pandemic. (Doc. 103). The amended joint scheduling plan was adopted and approved by the Court on May 28, 2020. (Doc. 105). The Parties' submitted subsequent joint status reports on August 24, 2020 and November 24, 2020. (Docs. 108 & 109).

2. The parties have been diligent in continuing written discovery. With some supplementation remaining to be completed, the Parties have substantially complied with their discovery obligations related to requests for document production or interrogatories identified in the prior joint status reports, and the Parties continue to engage in written discovery as well as discussions to resolve perceived deficiencies. No statements in this status report are intended to limit the parties' ability to serve further requests for written discovery throughout the remainder of the discovery period.

3. The Parties have continued to confer with each other with respect to additional discovery that does not require or is not predicated upon in-person depositions, as well as remaining discovery matters that may require the Court's attention.

4. The Parties were initially in agreement that, in light of the allegations, defenses and counter-claims in this case, remote depositions of Parties or other key witnesses were not appropriate and may prejudice the interests of the Parties. However, the Parties have continued to confer and agree that it is in their respective interests to move this case forward and allow most depositions to proceed virtually. However, given the factual nature of the case, counsel for the Parties recognize that it is not unreasonable for a party to want to be in the same room as their attorney during their deposition. Accordingly, vaccination schedules continue to be a concern and is likely to cause some delay in scheduling depositions.

5. The Parties acknowledge that various witnesses and counsel in this case are among those individuals particularly vulnerable to COVID-19, and therefore, the Parties

wish to proceed judiciously while remaining cognizant of the current health crisis and the ability to receive vaccinations.

6. Consistent with safe practices, the health needs of witnesses, counsel, and parties and Ms. Hall's potential need for reasonable accommodations, the parties have had discussions to begin scheduling depositions. Defendant Larry Ryan's deposition commenced on December 17, 2020, and certain portions remain to be completed. Plaintiff and Counter-Claim Defendant Chiocca's deposition is currently scheduled for April 27, 2021. The Parties intend to schedule further depositions shortly after Mr. Chiocca's deposition; however, the Parties also understand that each Party intends to take multiple depositions, and given the nature of the claims as well as the number of parties and counsel involved, scheduling will require flexibility and cooperation.

7. In an effort to avoid unnecessary motion practice or subsequent status reports throughout summer, the Parties propose the following revised schedule.

8. Proposed Revised Tracking Order:

   a. Discovery would conclude by November 19, 2021;
   b. Expert Reports would be due December 17, 2021;
   c. Rebuttal Reports would be due January 28, 2022;
   d. Dispositive Motions would be filed by February 11, 2022 with oppositions filed on March 11, 2022;
   e. Expert Depositions would be completed by March 28, 2022; and,
   f. Trial Date would be May 2022.

WHEREFORE, the undersigned Plaintiff, Allan Chiocca and the Defendants, The Town of Rockland, Deirdre Hall, Edward Kimball, Larry Ryan, Michael Mullen Jr., Michael O'Loughlin, Richard Penney and Kara Nyman, by and through their attorneys, jointly propose this revised Amended Scheduling Plan and request that it be made an order of this Court.

| | |
|---|---|
| PLAINTIFF,<br>ALLAN CHIOCCA<br><br>By: /s/ Adam J. Shafran<br>    Adam J. Shafran (B.B.O. # 670460)<br>    Jonathon D. Friedmann (B.B.O. # 180130)<br>    Rudolph Friedmann LLP<br>    92 State Street<br>    Boston, MA 02109<br>    Phone:   617-723-7700<br>    Fax:      617-227-0313<br>    ashafran@rflawyers.com<br>    jfriedmann@rflawyers.com<br><br>By /s/ Samantha C. Halem<br>    Samantha C. Halem, BBO#649624<br>    Kelly A. Hoffman, BBO #673409<br>    Marshall Halem LLC<br>    27 Mica Lane, Suite 102<br>    Wellesley, MA  02481<br>    (781) 235-4855<br>    shalem@marshallhalem.com<br>    khoffman@marshallhalem.com | DEFENDANT,<br>DEIRDRE HALL<br><br>By /s/ Cindy M. Cieslak<br>    Cindy M. Cieslak (B.B.O. # 685498)<br>    Michael J. Rose<br>    Robin B. Kallor<br>    Rose Kallor, LLP<br>    750 Main Street, Suite 309<br>    Hartford, CT  06103<br>    Phone  (860) 361-7999<br>    Fax  (860) 270-0710<br>    ccieslak@rosekallor.com<br>    mrose@rosekallor.com<br>    rkallor@rosekallor.com<br><br>By /s/ Ellen J. Zucker<br>    Ellen J. Zucker (B.B.O. # 568051)<br>    Neerja Sharma (B.B.O. # 670460)<br>    Burns & Levinson LLP<br>    125 High Street<br>    Boston, MA 02110<br>    Phone:  617-345-3000<br>    ezucker@burnslev.com<br>    nsharma@burnslev.com |
| **Counsel for Town of Rockland, Larry Ryan, Michael Mullen, Jr. Michael O'Loughlin, Richard Penney and Kara Nyman:**<br><br>By /s/ Jason Crotty<br>    John Davis (B.B.O. # 115890)<br>    Jason Crotty (B.B.O. # 656313)<br>    Pierce, Davis & Perritano, LLP<br>    10 Post Office Square<br>    Suite 1100N<br>    Boston, MA 02109<br>    Phone: 617-350-0950<br>    jdavis@piercedavis.com<br>    jcrotty@piercedavis.com | **Counsel for Edward Kimball:**<br><br>By /s/ Howard Cooper<br>    Howard Cooper (B.B.O. # 543842)<br>    Tara Dunn (B.B.O. # 699329)<br>    Todd & Weld LLP<br>    One Federal Street<br>    Boston, MA 02110<br>    Phone: 617-720-2626<br>    Fax: 617-227-5777<br>    hcooper@toddweld.com<br>    tdunn@toddweld.com |

## **CERTIFICATION**

I hereby certify that a copy of the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants and that a paper copy shall be served upon those indicated as non-registered participants on March 24, 2021.

Adam J. Shafran, Esq.
Jonathon D. Friedmann, Esq.
Rudolph Friedmann LLP
92 State Street
Boston, MA 02109

Samantha C. Halem, Esq.
Marshall Halem, Esq.
27 Mica Lane, Suite 102
Wellesley, MA 02481

John J. Davis, Esq.
Jason W. Crotty, Esq.
Pierce, Davis & Perritano, LLP
10 Post Office Square
Suite 1100N
Boston, MA 02109

Ellen J. Zucker., Esq.
Neerja Sharma, Esq.
Burns & Levinson LLP
125 High Street
Boston, MA 02110

Howard Cooper, Esq.
Tara Dunn, Esq.
Todd & Weld LLP
One Federal Street
Boston, MA 02110

*/s/ Cindy M. Cieslak*
Cindy M. Cieslak