## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLAN CHIOCCA, )<br>  )<br>  PLAINTIFF, )<br>  )<br>V. )<br>  )<br>THE TOWN OF ROCKLAND, DEIRDRE )<br>HALL, EDWARD KIMBALL, LARRY )<br>RYAN, MICHAEL MULLEN, JR., )<br>MICHAEL O'LOUGHLIN, RICHARD )<br>PENNEY AND KARA NYMAN )<br>  )<br>  DEFENDANTS. )<br>  ) | C.A. No. 1:19-cv-10482-WGY |

### PLAINTIFF AND COUNTERCLAIM DEFENDANT ALLAN CHIOCCA'S UNOPPOSED MOTION TO FILE DOCUMENTS AND RELATED PORTIONS OF ITS PLEADINGS CONCERNING REGINA RYAN'S MAY 21, 2019 REPORT UNDER SEAL

Pursuant to Local Rule 7.1, Plaintiff and Counterclaim Defendant Allan Chiocca respectfully moves for leave to file all documents and related portions of pleadings concerning Regina Ryan's May 21, 2019 Report under seal. Defendant and Counterclaim Plaintiff Deidre Hall has designated these documents as confidential, pursuant to a Stipulation and Protective Order entered by the court in this case, Docket No. 96. The pages should be impounded until further Order of this Court. The other parties do not oppose this request.

WHEREFORE, for the foregoing reasons, Plaintiff and Counterclaim Defendant Chiocca should be granted leave to file the two deposition pages under seal, and the Court should grant such other and further relief as is just and necessary.

        Respectfully submitted,

        Allan Chiocca

        By his attorney,

        */s/ Adam J. Shafran*
        Adam J. Shafran, BBO#670460
        Eric J. Walz, BBO#687720
        *ashafran@rflawyers.com*
        *ewalz@rflawyers.com*
        Rudolph Friedmann LLP
        92 State Street
        Boston, MA 02109
        617-723-7700
        617-227-0313 (fax)

        */s/ Samantha C. Halem*
        Samantha C. Halem BBO#649624
        Kelly A. Hoffman BBO#673409
        *shalem@marshallhalem.com*
        *khoffman@marshallhalem.com*
        Marshall Halem LLC
        27 Mica Lane, Suite 102
        Wellesley, MA  02481
        Phone:  (781) 235-4855

Dated: November 12, 2021

## LOCAL RULE 7.1(A)(2) CERTIFICATION

      I, Samantha C. Halem, certify that I met and conferred with counsel for all parties in a good faith attempt to narrow or resolve the issues raised in this motion. Counsel for Defendant and Counterclaim Plaintiff Deidre Hall, Neerja Sharma, informed us that these documents contained confidential information and that they should be filed under seal in accordance with the Protective Order. Accordingly, I asked for and received consent to this motion to file under seal from all parties.

        /s/ Samantha C. Halem
        Samantha C. Halem

**CERTIFICATE OF SERVICE**

      I, Samantha C. Halem, hereby certify that on this day a true copy of the above document was served on counsel for all parties through the Court's ECF/CM system.

                                                       /s/ Samantha C. Halem
                                                       Samantha C. Halem

{00021556.DOCX }