UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALLAN CHIOCCA,<br>    Plaintiff,<br>v.<br><br>TOWN OF ROCKLAND et al.<br>    Defendants. | )<br>)<br>)<br>)<br>)   C.A. NO. 1:19-cv-10482-WGY<br>)<br>)<br>) |

## **INDEX OF EXHIBITS**[1]

- A. Alan Chiocca deposition vol. 1
- B. Alan Chiocca deposition vol. 3
- C. Diedre Hall deposition vol. 1
- D. Diedre Hall deposition vol. 2
- E. Edward Kimball deposition vol. 1
- F. Marcy Birmingham deposition
- G. Susan Ide deposition
- H. Stacia Callahan deposition
- I. Mike O' Loughlin deposition
- J. Mike Mullen deposition
- K. Larry Ryan deposition
- L. Kara Nyman deposition
- M. Richard Penney deposition
- N. John Clifford deposition
- O. Town's Rule 30(b)(6) Deposition
- P. Adam Shafran's Deposition
- Q. Regina Ryan Deposition
- R. Town of Rockland's Discriminatory Harassment Policy (2016)
- S. Alan Chiocca's Employment Contract (2016-2019)
- T. Town Charter Provision Applicable to Town Administrator
- U. May 22, 2018 E-Mail from Adam Shafran
- V. July 12, 2018 E-Mail from Town Counsel
- W. May 29, 2018 Paid Administrative Leave Letter
- X. July 11, 2018 Email from Casey Sherman.

---

[1] Given the number and length of the deposition taken in this matter (totaling over 1,600 pages), the Town and Board have only attached the relevant pages that are cited in support of their Motion for Summary Judgment. The Town and Board will, of course, make full copies of any deposition transcript available to the Court at its request.

Respectfully submitted,

Defendants,

TOWN OF ROCKLAND, LARRY RYAN,
MICHAEL MULLEN, JR., MICHAEL O'LOUGHLIN,
RICHARD PENNEY AND KARA NYMAN,

By their Attorneys,

**PIERCE DAVIS & PERRITANO LLP**

*/s/ Jason W. Crotty*

Jason W. Crotty, BBO #656313
Justin L. Amos, BBO #697232
10 Post Office Square, Suite 1100
Boston, MA 02109
(617) 350-0950
jcrotty@piercedavis.com
jamos@piercedavis.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on November 15, 2021.

*/s/ Justin L. Amos*

Justin L. Amos