UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLAN CHIOCCA,<br><br>      Plaintiff,<br><br>   v.<br><br>TOWN OF ROCKLAND, DIERDRE HALL, EDWARD KIMBALL, LARRY RYAN, MICHAEL MULLEN, JR., MICHAEL O'LOUGHLIN, RICHARD PENNEY and KARA NYMAN,<br><br>      Defendants. | CIVIL ACTION NO. 1:19-cv-10482-WGY |

**APPENDIX TO EDWARD KIMBALL'S
STATEMENT OF UNDISPUTED MATERIAL FACTS**

| **Exhibit** | **Description** |
|---|---|
| AA | Excerpts from the Deposition of Edward Kimball Volume II |
| BB | Excerpts from the Deposition of Edward Kimball Volume I |
| CC | Excerpts from the Deposition of John Clifford |
| DD | Excerpts from the Deposition of Marcia Birmingham |
| EE | Excerpts from the 30(b)(6) Deposition of the Town of Rockland |
| FF | Excerpts from the July 10 Executive Session |
| GG | Document Bates # AC00189 |
| HH | Excerpts from the Deposition of Allan Chiocca |

                                        Respectfully submitted,

                                        EDWARD KIMBALL

                                        By his attorneys,

                                        /s/ Tara D. Dunn
                                        Howard M. Cooper (BBO # 543842)
                                        Tara D. Dunn (BBO #699329)
                                        TODD & WELD LLP
                                        One Federal Street, 27th Floor
                                        Boston, MA  02110
                                        T: 617-720-2626
                                        hcooper@toddweld.com
                                        selovecky@toddweld.com

Dated:  November 15, 2021

## CERTIFICATE OF SERVICE

    I, Tara D. Dunn, hereby certify that on this 15th day of November 2021, copies of the foregoing were served via electronic mail upon all counsel of record.

                                        /s/ Tara D. Dunn
                                        Tara D. Dunn