**EXHIBIT FF**

```
 1                                        VOLUME:  I
                                          PAGES:   1 - 17
 2

 3

 4

 5    *  *  *  *  *  *  *  *  *  *  *  *

 6
      ROCKLAND BOARD OF SELECTMEN
 7    MEETING OF ALLAN R. CHIOCCA

 8
      EXECUTIVE SESSION
 9

10    *  *  *  *  *  *  *  *  *  *  *  *

11

12

13

14

15

16         THE EXECUTIVE SESSION OF THE BOARD OF

17    SELECTMEN MEETING OF ALLAN R. CHIOCCA,

18    before Aida C. Sousa, Court Reporter and

19    Notary Public in and for the Commonwealth of

20    Massachusetts, at the Rockland Town Hall,

21    242 Union Street, Rockland, Massachusetts,

22    commencing at 7:13 p.m. on Tuesday, July 10,

23    2018.

24
```

G&M Court Reporters, Ltd.

AC02176

```
 1   APPEARANCES:

 2   CLIFFORD & KENNY, LLP
     (By John J. Clifford, Esq.)
 3   31 Schoosett Street, Suite 405
     Pembroke, Massachusetts   02359
 4   Representing the Town of Rockland

 5   PIERCE DAVIS & PERRITANO LLP
     (By Jason Crotty, Esq.)
 6   10 Post Office Square
     Boston, Massachusetts   02109
 7   Insurance counsel

 8

 9   Board of Selectmen:   Larry Ryan (Chairman)

10                        Mike Mullen, Jr.

11                        Mike O'Loughlin

12
     Also present:   John Llewllyn
13                   Marcy Birmingham

14

15

16

17

18

19

20

21

22

23

24
```

```
 1   that she's resigning?
 2          MR. MCGLONE:  Yes.  I have no problem
 3   with it.  You can say I was in the room.
 4   Make sure you say it's Hughes, H-U-G-H-E-S.
 5   Don't give my last name.  That was a joke.
 6   Don't use my last name.  You can say she had
 7   counsel here, and she has resigned.
 8          MR. RYAN:  What about the -- first we
 9   have to accept the investigation of
10   complaints?
11          MR. CLIFFORD:  Does the board wish to
12   vote to accept the full investigative report
13   by Discrimination & Harassment Solutions?
14          MR. MULLEN:  I'll make a motion to
15   accept the report.
16          MR. KIMBALL:  I'm going to abstain.
17          MR. RYAN:  I'll second it.  All in
18   favor.  There's two, zero and zero -- I
19   mean, one rather.  I'm sorry.
20          MR. KIMBALL:  Let the record state I
21   abstain.
22          MR. CLIFFORD:  Mr. Chairman, you've
23   already made comments whether -- about
24   concerns you have with Mr. Kimball's
```

```
 1                C E R T I F I C A T E
 2
 3
 4
 5
 6         I, Aida C. Sousa, Court Reporter and
 7   Notary Public in and for the Commonwealth of
 8   Massachusetts, do hereby certify that the
 9   foregoing transcript of the executive
10   session of the Rockland Board of Selectmen
11   Meeting of Allan R. Chiocca, on Tuesday,
12   July 17, 2018, is true and accurate to the
13   best of my knowledge, skill and ability.
14         IN WITNESS WHEREOF, I have hereunto
15   set my hand and seal this         17th
16   day of         July      , 2018.
17
18
19
                              Aida C. Sousa
20                            Aida C. Sousa
21                            Notary Public
22
23
24   My commission expires:  June 7, 2024
```

AC02283

G&M Court Reporters, Ltd.

1.800.655.3663                    www.gmcourtreporters.com