# EXHIBIT GG

John,

This email will confirm our conversation that Mr. Chiocca and Ms. Hall have reached an agreement in principle to fully resolve and keep confidential their dispute, pending the Town and Mr. Chiocca successfully resolving the terms of his separation, and that both Mr. Chicocca and Ms. Hall request that the Board does not conduct a meeting related to this issue at this time. Mr. Chiocca will agree to not to pursue any action against the Town or Ms. Hall in consideration of the Town agreeing to put off the meeting so that the Town and Mr. Chiocca can discuss the terms of his separation, and during this time Mr. Chiocca will agree to remain on vacation and have no further communication with any individual regarding this matter.

As I mentioned to you, it is my understanding that Attorney Bridges is in full agreement with the foregoing, and that she will separately confirm the foregoing if you request her to do so.

Thank you,

ADAM J. SHAFRAN
RUDOLPH FRIEDMANN LLP
92 STATE STREET
BOSTON, MA 02109
TEL: 617-723-7700
FAX: 617-227-0313
EMAIL: ASHAFRAN@RFLAWYERS.COM

*VISIT MY WEBSITE:* www.bostonemploymentlaw.net

VISIT THE RUDOLPH FRIEDMANN LLP WEBSITE AT: WWW.RFLAWYERS.COM

CHARTER MEMBER OF THE INTERNATIONAL SOCIETY OF PRIMERUS LAW FIRMS WWW.PRIMERUS.COM

This email, and any attachments to this email, are confidential and/or privileged, and may contain information that is protected from disclosure under G.L. c. 93H and other applicable law. It is to be used by the intended recipient only, and only in compliance with all applicable laws and regulations. The use, retention, dissemination, distribution or copying of the information contained in this email by anyone other than the intended recipient of this email is strictly prohibited. If you are not the intended recipient of this email, please notify the sender immediately and promptly destroy any record of this email. SIGNATURE DISCLAIMER: UNLESS OTHERWISE EXPRESSLY STATED HEREIN, THIS EMAIL (1) DOES NOT INCLUDE AN ELECTRONIC SIGNATURE; (2) SHALL NOT BE DEEMED TO BE AN ELECTRONIC SIGNATURE FOR ANY PURPOSE; (3) SHALL NOT BE DEEMED TO CREATE A BINDING CONTRACT; AND (4) SHALL NOT CONSTITUTE AN OFFER OR ACCEPTANCE

**From:** John Clifford [mailto:john@cliffordkennylaw.com]
**Sent:** Tuesday, May 22, 2018 9:24 AM
**To:** Adam Shafran <ashafran@rflawyers.com>; Megan Bridges <megandbridges@gmail.com>
**Subject:** Re: Allan Chiocca

The Board will also vote whether to place Allan on paid administrative leave. I should have mentioned that earlier.

John J. Clifford, Esq.
Clifford and Kenny, LLP
31 Schoosett Street, Unit 405
Pembroke, MA 02359
Phone (781)924-5796
Fax (781)924-5798

Check us out at:

Www.cliffordkennylaw.com


The documents and content included with this electronic mail transmission contain information from the law office of Clifford and Kenny, LLP which is confidential and may be protected from disclosure under the Attorney/Client privilege. The content may also be protected as Executive Session material under the Massachusetts Open Meeting Law. This information is intended to be for the use of the addressee only. Note that any disclosure, printing, photocopying, distribution or use of the contents of this e-mailed information by persons other than the addressee or an agent of the addressee, is unauthorized and prohibited. If you have received this electronic mail in error, please notify us via electronic mail reply to the sender or by telephone (781-924-5796) immediately.


**From:** Adam Shafran <ashafran@rflawyers.com>
**Date:** Tuesday, May 22, 2018 at 8:58 AM
**To:** John Clifford <john@cliffordkennylaw.com>, Megan Bridges <megandbridges@gmail.com>
**Subject:** RE: Allan Chiocca

Megan,

Please let me know when you are available to speak today and the best number to reach you at.

Thank you,

ADAM J. SHAFRAN
RUDOLPH FRIEDMANN LLP
92 STATE STREET
BOSTON, MA 02109
TEL: 617-723-7700
FAX: 617-227-0313
EMAIL: ASHAFRAN@RFLAWYERS.COM

*VISIT MY WEBSITE:* www.bostonemploymentlaw.net

*VISIT THE RUDOLPH FRIEDMANN LLP WEBSITE AT:* WWW.RFLAWYERS.COM