# **EXHIBIT HH**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - -

ALLAN CHIOCCA,

      Plaintiff,


v.                 C.A. No.:  1:19-CV-10482-WGY


THE TOWN OF ROCKLAND, DEIRDRE

HALL, EDWARD KIMBALL, LARRY

RYAN, MICHAEL MULLEN, JR.,

MICHAEL O'LOUGHLIN, RICHARD

PENNEY AND KARA NYMAN,

      Defendants.

- - - - - - - - - - - - - - - - - - - -

DAY THREE

VIDEOTAPED DEPOSITION OF ALLAN CHIOCCA


Tuesday, September 28, 2021

Commencing at 1:05 p.m.

Job #33855

Christine M. Ferraro

Court Reporter and Notary Public



**EcoScribe Solutions**

www.EcoScribeSolutions.com

888.651.0505

1      my reputation -- I fully -- back?  I fully

2      cooperated.

3  Q.  So, Mr. Chiocca, let's see if I can get you to

4      focus on my question.

5           THE WITNESS:  I think millions.  For

6      what he's done to my life, I think millions,

7      but that's a whole 'nother matter.  And --

8  Q.  And what's the ba- -- and do you contend that

9      Mr. --

10 A.  Are you talking --

11 Q.  Let me ask you.  I'm asking you anything that

12     you can assign a dollar amount to and why.

13     What damages, with a number, are you claiming

14     from Mr. Kimball and on what basis?  Just tell

15     us.

16 A.  I think that Mr. Kimball was played in all of

17     this and went along and was concerned about

18     being played and I think he was played.  And I

19     think the damages to me have resulted in my

20     being unemployable in this field, the field of

21     my choice.

22           And, going forth, I applied to

23     numerous jobs, I wanted to continue working.  I

24     haven't been able to get even as much as an

1              Mr. Ryan.

2    Q.    Have you finished your answer?

3    A.    I could go on and on but go ahead.

4    Q.    I'd just ask you to answer my question, if you

5          can.  What do you mean by the words that

6          Mr. Kimball "was played"?

7    A.    Mr. Kimball asked if he -- during his

8          interviews and questions with Ms. Ryan, it came

9          out that he apparently asked or said to

10         Ms. Hall, you better not or you shouldn't be

11         playing with me and that I better not be

12         getting played, or words to that effect.

13                   And I believe he was.  I think that

14         Ms. Hall concocted this story and got her -- or

15         Ed wound up and Ed was on a mission.  I don't

16         believe --

17   Q.    That's what -- that's what you mean --

18   A.    So I think -- I think she was playing him.

19   Q.    And so your belief is that Mr. Kimball was

20         played by Ms. Hall; that's what you're telling

21         us?

22   A.    Yes.

23   Q.    And by that you mean that she fabricated an

24         accusation against you of sexually abusing her

1        that was false and told it to Mr. Kimball; is

2        that what you're saying?

3  A.   Between her and her husband, yes.

4  Q.   So Mr. Kimball was played by Ms. Hall's husband

5        as well; is that your testimony?

6  A.   Yes.

7  Q.   When you were working at town hall in Rockland

8        in 2018, did you have a retirement clock on

9        your phone?

10 A.   I don't recall that.

11 Q.   Do you deny --

12 A.   I know I have seen them.  I've seen them.  I

13       know that one of the employees had 'em.  People

14       could punch in the date and have one.

15 Q.   Did you have a retirement clock on your phone

16       that you showed other people to tell them that

17       you were retiring as of June 30th, 2019, when

18       your contract ended, yes or no?

19 A.   I think at one point I may have.  But as you

20       well know, I was looking for an extension over

21       that June 19th...

22 Q.   Mr. Chiocca, I'm just asking you a very simple

23       question --

24 A.   And I --

1              COMMONWEALTH OF MASSACHUSETTS

2

3  Middlesex, ss

4

5       I, Christine M. Ferraro, Court Reporter and Notary

6  Public in and for the Commonwealth of Massachusetts, do

7  hereby certify that on Wednesday, October 6, 2021, Allan

8  Chiocca, whose deposition is hereinbefore set forth, was

9  duly sworn by me and that such deposition is a true

10 record of the testimony given by the witness.

11      I further certify that I am neither related to or

12 employed by any of the parties in or counsel to this

13 action, nor am I financially interested in this action.

14      In witness whereof, I have hereunto set my hand and

15 affixed my seal on this 12th day of October, 2021.

16

17                      *Christine M. Ferraro*

18                      Christine M. Ferraro

19                      NOTARY PUBLIC

20                      My Commission Expires:

21                      January 7, 2022

22

23

24              DEPOSITION ERRATA SHEET