UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**************************************

**Allan Chiocca,**

    **Plaintiff**

    v.                            Civ. A. No.: 1:19–cv–10482–WGY

**The Town of Rockland, Deirdre Hall,
Edward Kimball, Larry Ryan,
Michael Mullen Jr., Michael O'Loughlin,
Richard Penney, and Kara Nyman**

    **Defendants**

**************************************

### PLAINTIFF ALLAN CHIOCCA'S ASSENTED-TO MOTION TO FILE EXHIBITS AND RELATED PORTIONS OF HIS OPPOSITIONS TO DEFENDANTS' VARIOUS MOTIONS FOR SUMMARY JUDGMENT UNDER SEAL

    Pursuant to Local Rule 7.1, Plaintiff Allan Chiocca respectfully moves for leave to file certain exhibits and related portions of his oppositions to the Defendants' various motions for summary judgment under seal. Certain portions of these materials are deemed confidential pursuant to the parties Stipulation and Protective Order previously entered by the court in this case. Docket No. 96. This request is consistent with the prior motions to seal recently allowed by this court. These materials should be impounded until further Order of this Court. All opposing parties assent to this request.

    WHEREFORE, the Plaintiff respectfully requests that this motion is **ALLOWED**.

Case 1:19-cv-10482-WGY   Document 209   Filed 12/17/21   Page 2 of 2

Respectfully Submitted,
Plaintiff,
Allan Chiocca,

By his attorney(s),

 /s/ Adam J. Shafran
Adam J. Shafran, Esq. (BBO 670460)
*ashafran@rflawyers.com*
Jonathon D. Friedmann, Esq. (BBO 180130)
*jfriedmann@rflawyers.com*
Rudolph Friedmann LLP
92 State Street
Boston, MA 02109
617–723–7700
617–227–0313 (fax)

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Adam J. Shafran, certify that I conferred with counsel for all parties in good faith to narrow or resolve the issues raised in this motion and that all parties assent to this motion.

## CERTIFICATE OF SERVICE

I, Adam J. Shafran, do hereby certify that this document filed through the ECF system shall be sent electronically to the registered participants as identified on the Notice of Electronic Filing on December 17, 2021.

/s/ Adam J. Shafran
Adam J. Shafran

2