# EXHIBIT A

# In The Matter Of:

*Allan Chiocca vs.*
*The Town of Rockland, et al.*

*Edward F. Kimball, Jr.*
*Vol. I*
*September 8, 2021*



DORIS O. WONG ASSOCIATES, INC.
COURT REPORTERS
50 Franklin St., Boston, MA 02110
Phone (617) 426-2432

*Original File KIMBALL_JR_Edward.txt*
Min-U-Script® with Word Index

Case 1:19-cv-10482-WGY   Document 247-1   Filed 02/04/22   Page 3 of 5

Allan Chiocca vs.  
The Town of Rockland, et al.

Edward F. Kimball, Jr. - Vol. I  
September 8, 2021

Page 81

1  telling Larry Ryan that you were having an affair
2  with Deirdre Hall?
3  A.  I do.
4  Q.  When did you have that conversation?
5  A.  That conversation was probably sometime in
6  mid-June.
7  Q.  2018, obviously?
8  A.  Uh-huh.
9  Q.  Do you remember why that -- why you decided
10  to have that conversation with Larry Ryan at that
11  point?
12  A.  I was advised to do that by town counsel,
13  John Clifford, at the time.
14  Q.  Okay.  Any other reason?
15  A.  That was it specifically.
16  Q.  And can you describe that conversation for
17  me.
18      MR. CROTTY:  The conversation with him and
19  Larry Ryan, you're saying?
20      MS. HALEM:  Yes, exactly.  Not Clifford,
21  yes.  Thank you.
22  A.  I had -- I believe I went to Mr. Ryan's
23  home, spoke with him in the presence of my wife, and
24  I told him that, you know, I had had an affair with

Page 82

1  Ms. Hall, but it was over.
2  Q.  And what did he say back?  Tell me what you
3  remember about the conversation.
4      MS. ZUCKER:  Objection.
5  A.  He really didn't say much, much that I
6  remember.
7  Q.  Do you remember how long the conversation
8  was?
9  A.  It was short.  It doesn't take long to
10  say -- to say what I said.
11  Q.  Was he upset with you?
12      MS. ZUCKER:  Objection.
13  A.  I don't think he was upset with me.  Not at
14  that point in time.
15  Q.  Not at that point.
16      Was there anyone else present other than
17  your wife and Mr. Ryan?
18  A.  I don't believe so.
19      He hopped in my car.  I pulled into his
20  driveway, and he hopped in my car.  And I said my
21  piece, and he hopped back out, went in the house.
22  Q.  Oh, so you were sitting in his driveway in
23  your car with your wife in the car as well?
24  A.  My wife was in the car.  I told you that

Page 83

1  earlier.  Actually, I told you with my wife.  I
2  didn't say in the car.
3  Q.  I assumed you went in the house.
4  A.  So you asked me where.
5  Q.  Okay.  And do you recall when you told
6  Mr. O'Loughlin?
7  A.  I think it may have been via phone call.  I
8  don't think it was in person.
9      Probably around the same -- I think the
10  same time frame, around the same time.  Again, I was
11  advised by town counsel to communicate that to my
12  board members, so I did.
13  Q.  Okay.  Did you have an understanding as to
14  why you were -- not from Clifford.
15      Did you understand why it was important for
16  you to disclose your romantic relationship with
17  Deirdre Hall?
18  A.  No.  And I still don't.
19  Q.  You didn't think they had any right to
20  know?
21  A.  No.  I think it was a private matter
22  between me and Ms. Hall.
23  Q.  Did you also --
24  A.  I don't think any --

Page 84

1      MR. COOPER:  Let him finish, please.
2  A.  I don't think anybody had a right to know.
3  Q.  I already said I was sorry for that.  It's
4  really hard sometimes also to see when someone's
5  done.
6  A.  Uh-huh.
7  Q.  When -- did you also tell Mr. Mullen around
8  the same time, middle of June?
9  A.  As I answered earlier, I believe I talked
10  to all the board members around the same time.
11  Q.  Did any -- go ahead.  I'm sorry.
12  A.  That was at the advice of town counsel.
13  Q.  Do you remember, in your conversation with
14  Mr. O'Loughlin, if anyone else was present?  Was
15  your wife present?
16  A.  I don't believe so.
17  Q.  You believe you did it on the phone?
18  A.  Yes.  I think so.  I'm pretty sure I did.
19  Q.  Do you know --
20  A.  I may have done it in person.  It's
21  really -- it's not sticking out to my mind because
22  it wasn't -- it wasn't this -- this, like -- you
23  know, I guess -- I guess it was just me telling them
24  that I had an affair, and it was over, and that was

Case 1:19-cv-10482-WGY   Document 247-1   Filed 02/04/22   Page 4 of 5

Edward F. Kimball, Jr. - Vol. I
September 8, 2021

Allan Chiocca vs.
The Town of Rockland, et al.

Page 85

1  it.
2  Q.  Do you remember what Mr. O'Loughlin said in
3     response?
4  A.  No, not specifically.
5  Q.  Do you remember if he was upset with you?
6     MS. ZUCKER: Objection, asked and answered.
7  A.  I don't think anybody was upset with me
8     when I told them that. At the time I don't think
9     anyone showed that.
10 Q.  When you say "anyone" --
11 A.  Anybody I told, whether it was Mr. Mullen,
12    Mr. O'Loughlin or Mr. Ryan.
13 Q.  Is there --
14    MR. CROTTY: Can we take five whenever you
15    get to a good spot?
16    MS. HALEM: Yeah. Just give me, like, less
17    than five minutes.
18    MR. CROTTY: No problem.
19    BY MS. HALEM:
20 Q.  Mr. Kimball, do you remember anyone else
21    who, during that time period, around the middle of
22    June, that you gave this information to?
23 A.  I think after that, I think I may have
24    phoned land counsel and had asked him --

Page 86

1     MR. COOPER: No, no. Nope. Nope.
2  A.  Okay. So Howard's telling me "no" to --
3  Q.  Anyone else other than counsel?
4  A.  No.
5  Q.  And do you remember if, during this same
6     time period, if there were other people who had
7     questioned you about whether you were having an
8     affair with -- with Deirdre Hall?
9     MS. ZUCKER: Objection.
10 A.  I don't think anyone specifically
11    questioned me, no.
12 Q.  Do you remember if you asked Mr. Mullen,
13    Mr. O'Loughlin or Mr. Ryan if they would sign a
14    nondisclosure agreement or anything to keep that
15    information private?
16 A.  I didn't -- I didn't ask anything about a
17    nondisclosure agreement.
18 Q.  Did you ask them to keep the information
19    private?
20 A.  Did I ask?
21 Q.  Yes.
22 A.  No. The answer to that is no, I did not.
23    MS. HALEM: We can go take a five-minute
24    break now.

Page 87

1     MR. CROTTY: Okay.
2     (Recess taken)
3     BY MS. HALEM:
4  Q.  Thank you everyone.
5     Mr. Kimball, did your wife set any
6     parameters around the relationship, how you
7     communicated with Deirdre Hall after she found out
8     about the affair?
9     MR. COOPER: Do not answer that if it
10    involves oral communications with your wife.
11 A.  I'm instructed not to answer.
12 Q.  Was there ever any written documentation of
13    those, of the parameters between your communications
14    with Deirdre Hall and -- between you and Deirdre
15    Hall?
16    MS. ZUCKER: Objection, again this treads
17    over a line of what was not allowed by the court.
18    MR. COOPER: I agree. I object.
19 A.  Do you want me to answer?
20 Q.  Yes.
21    MR. COOPER: Was there any written
22    parameters?
23 A.  No.
24    MS. HALEM: Can I -- I'm going to mark this

Page 88

1     as Exhibit 1. It's going to be in the chat box.
2     Alex, can you mark that for me?
3     (Document marked as Kimball
4     Exhibit 1 for identification)
5     MR. COOPER: You're going to have to put it
6     on the screen. I don't have any way to put it up on
7     the chat box. I have it on a large-screen TV.
8     MR. SHAFRAN: You're in Zoom right now.
9     Someone has the ability to click it.
10    THE REPORTER: Shall we go off the record
11    to square this out?
12    MS. HALEM: Sure.
13    MR. SHAFRAN: Yes. Yes.
14    (Discussion off the record)
15    MR. COOPER: Okay. We just need to see all
16    the pages of it, so if you could scroll.
17    MR. SHAFRAN: Yes.
18    Do you want to read it? I'm starting on
19    Page 1.
20    MR. COOPER: Yep.
21    MR. SHAFRAN: Can you see it?
22    THE WITNESS: I can see it.
23    MR. SHAFRAN: Okay.
24    MR. COOPER: The bottom third is blocked.

Case 1:19-cv-10482-WGY   Document 247-1   Filed 02/04/22   Page 5 of 5

Edward F. Kimball, Jr. - Vol. I
September 8, 2021

Allan Chiocca vs.
The Town of Rockland, et al.

Page 141

 1  mean...
 2  Q.  It's a quandary, right?
 3  A.  What's that?
 4  Q.  It's a quandary?
 5      MR. COOPER: Objection.
 6      MS. ZUCKER: Objection.
 7  A.  You asked me what I would do when I said
 8  that.  I don't know what I would do in that
 9  situation.  I wasn't in that situation.
10  Q.  Who could he have reported it to?
11  A.  What's that?  Who could he have reported it
12  to?
13  Q.  If he thought it was a conflict.
14  A.  What's to report?
15  Q.  If he thought it was a conflict, who could
16  he report it to?
17      MS. ZUCKER: Objection.
18  A.  I assume he could approach town counsel.
19  Q.  Okay.
20  A.  Maybe that's a question for Mr. Clifford.
21  Q.  So he should have gone to Mr. Clifford
22  about your affair?
23      MS. ZUCKER: Objection.
24      MR. COOPER: Objection.

Page 142

 1  That's not what he said.
 2  A.  You asked me a question who he could report
 3  to, and I said possibly town counsel, John Clifford.
 4  Q.  When did you tell Mr. Clifford that you had
 5  had an affair with Deirdre Hall?  If you did.
 6  A.  When did I tell Mr. Clifford?
 7  Q.  Yes.
 8  A.  I believe Mr. Clifford was told after my
 9  first interview with Ms. Ryan.  When Ms. Ryan asked
10  me about it, I responded to Ms. Ryan that -- she
11  asked me the question, and I responded yes, I did.
12  Q.  Do you remember when your first interview
13  with Ms. Ryan was?
14  A.  I believe it was somewhere maybe around
15  June 12th, June 13th, maybe, somewhere in that time
16  frame.
17  Q.  Okay.  So what did Ms. Ryan tell you to
18  tell Mr. Clifford?
19  A.  What's that?
20  Q.  Why did you decide to tell Mr. Clifford
21  that day --
22  A.  Why did I tell Mr. Clifford that day?
23      I think Mr. Clifford --
24      MR. COOPER: Let him finish please.

Page 143

 1  Q.  I was correcting my question.
 2  A.  Okay.  Please state your question again
 3  then, Samantha.
 4  Q.  Did you tell Mr. Clifford that you had had
 5  an affair with Deirdre Hall?
 6  A.  Yes.
 7  Q.  And what -- and why did you decide to do it
 8  at that time?
 9  A.  Why did I decide?
10      Because I've answered the question from
11  Regina Ryan.  She asked about it.
12  Q.  Okay.
13  A.  I was a little shocked she asked me about
14  that, but I answered.
15  Q.  Why were you shocked she asked you about
16  it?
17  A.  Because not only did she ask me about the
18  affair, but she wanted to ask me in detail what my
19  sexual preferences were and what type of sex I had
20  with Ms. Hall, which I thought was, like, way off
21  the charts for any of this stuff, to be honest with
22  you.  I was, like, "What's that have to do with what
23  happened?"  It makes no sense to me.
24  Q.  Let's stick to --

Page 144

 1  A.  You just asked me, and I just told you.
 2  Q.  I -- I agree.  I'm just trying to get --
 3  like sort of focus so we don't have to be here all
 4  day and tomorrow all day.
 5  A.  We're here till 5:00.  I'm here all day.
 6  I'm committed here.
 7  Q.  I'm trying to get us out, though, as
 8  quickly as I can.
 9      So on the day you spoke to Regina Ryan --
10  A.  Uh-huh.
11  Q.  -- that's the first time you knew that
12  Regina Ryan knew that there was a sexual
13  relationship between you and Ms. Hall, correct?
14      MR. COOPER: Objection.
15  A.  I don't know that.  You would have to ask
16  Regina Ryan that.
17  Q.  Okay.  But she --
18  A.  You asked me when I disclosed it to
19  Mr. Clifford, and I believe it was after my meeting
20  with Regina Ryan.
21      Although, you know, me looking back at all
22  this stuff these last few years, I would say
23  probably say that Mr. Clifford knew prior to that.
24  Q.  Why do say that?