UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLAN CHIOCCA,<br><br>      Plaintiff,<br><br>      v.<br><br>TOWN OF ROCKLAND, DIERDRE HALL, EDWARD KIMBALL, LARRY RYAN, MICHAEL MULLEN, JR., MICHAEL O'LOUGHLIN, RICHARD PENNEY and KARA NYMAN,<br><br>      Defendants. | CIVIL ACTION NO. 1:19-cv-10482-WGY |

**NOTICE OF APPEARANCE**

I, Max D. Stern, hereby enter my appearance on behalf of defendant Edward Kimball in the above-captioned matter.

                              Respectfully submitted,

                              /s/ Max D. Stern
                              Max D. Stern  (BBO # 479560)
                              TODD & WELD LLP
                              One Federal Street, 27th Floor
                              Boston, MA  02110
                              T: 617-720-2626
                              mdstern@toddweld.com

Dated:  March 15, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on March 15, 2022.

                              /s/ Max D. Stern
                              Max D. Stern

4818-4553-5901, v. 1