**From:** Casey Sherman <csherman@regancomm.com>
**Date:** November 16, 2021 at 7:54:05 AM EST
**Subject: Re: Chiocca v. Town et al- Subpoena Service- Deposition**

Thanks all!

On Monday, November 15, 2021, Friedmann, Jon <jfriedmann@rflawyers.com> wrote:
> I have no problem staying everything till after the mediation to see if the matter is resolved or not. If it's not resolved then we can reschedule to accommodate Casey's schedule
>
> Sent from my iPhone
>
> JONATHON D. FRIEDMANN
> RUDOLPH FRIEDMANN LLP
> 92 STATE STREET
> BOSTON, MA 02109
> TEL: 617-723-7700 FAX: 617-227-0313
> EMAIL: JFRIEDMANN@RFLAWYERS.COM
>
> VISIT THE RUDOLPH FRIEDMANN LLP WEBSITE AT: WWW.RFLAWYERS.COM
>
> CHARTER MEMBER OF THE INTERNATIONAL SOCIETY OF PRIMERUS LAW FIRMS WWW.PRIMERUS.COM
>
> This email, and any attachments to this email, are confidential and/or privileged, and may contain information that is protected from disclosure under G.L. c. 93H and other applicable law. It is to be used by the intended recipient only, and only in compliance with all applicable laws and regulations. The use, retention, dissemination, distribution or copying of the information contained in this email by anyone other than the intended recipient of this email is strictly prohibited. If you are not the intended recipient of this email, please notify the sender immediately and promptly destroy any record of this email. SIGNATURE DISCLAIMER: UNLESS OTHERWISE EXPRESSLY STATED HEREIN, THIS EMAIL (1) DOES NOT INCLUDE AN

1

ELECTRONIC SIGNATURE; (2) SHALL NOT BE DEEMED TO BE AN ELECTRONIC SIGNATURE FOR ANY PURPOSE; (3) SHALL NOT BE DEEMED TO CREATE A BINDING CONTRACT; AND (4) SHALL NOT CONSTITUTE AN OFFER OR ACCEPTANCE.

On Nov 15, 2021, at 5:58 PM, Cooper, Howard <hcooper@toddweld.com> wrote:

**CAUTION:** This email originated from outside RF. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Casey –

So long as we have an agreement between my office, Jon Friedman's office and you, that you will appear for your deposition when we can schedule it, I will consider the matter to just be on hold. The parties are going to go to mediation in late December. If the case resolves, then we will not need to bother you. If it does not resolve, then we will need to schedule your deposition on a date when you can be available.

Agreed? Jon?

More importantly, I wish you the best with your mom.

Howard

**From:** Casey Sherman <csherman@regancomm.com>
**Sent:** Monday, November 15, 2021 11:50 AM
**To:** Cooper, Howard <hcooper@toddweld.com>
**Cc:** Dunn, Tara D. <tdunn@toddweld.com>; Ken Fishkin <ken@kfishkin.com>; George Regan (gregan@regancomm.com) <gregan@regancomm.com>; Friedmann, Jon <jfriedmann@rflawyers.com>
**Subject:** Re: Chiocca v. Town et al- Subpoena Service- Deposition

Hello Howard,

Just an FYI, my mother is undergoing lung cancer surgery on Dec. 1 at the Brigham. I am her primary caregiver and thus I will not be available that week.

I also have Jury Duty on Dec. 14th. Please note these dates for your scheduling purposes.

Regards,

Casey

On Mon, Nov 8, 2021 at 9:13 AM Casey Sherman <csherman@regancomm.com> wrote:

> Sounds good Howard!
>
> On Monday, November 8, 2021, Cooper, Howard <hcooper@toddweld.com> wrote:
>
>> Thanks, Casey. We will check with counsel and be back to you quicky.
>>
>> **From:** Casey Sherman <csherman@regancomm.com>
>> **Sent:** Monday, November 8, 2021 8:44 AM
>> **To:** Cooper, Howard <hcooper@toddweld.com>
>> **Cc:** Dunn, Tara D. <tdunn@toddweld.com>; Ken Fishkin <ken@kfishkin.com>; George Regan (gregan@regancomm.com) <gregan@regancomm.com>; Friedmann, Jon <jfriedmann@rflawyers.com>
>> **Subject:** Re: Chiocca v. Town et al- Subpoena Service- Deposition
>>
>> Hi Howard,
>>
>> I appreciate the concern regarding the care of my mother. Right now, I have open dates Nov. 14, 15 & 16.
>>
>> Do these dates work for you?
>>
>> Best,
>>
>> Casey

3

On Mon, Nov 8, 2021 at 8:23 AM Cooper, Howard <hcooper@toddweld.com> wrote:

Hi Casey-

We need to take your deposition. The parties will of course accommodate your schedule so your mother's care is not interrupted. What number can I call you at to coordinate? For now, let's put aside the issue of service which we can fight about if we can't reach agreement.

Best,

Howard

Howard M. Cooper

Todd & Weld LLP

One Federal Street

Boston, MA 02110

T: 617-720-2626

F: 617-227-5777

www.toddweld.com

> On Nov 8, 2021, at 8:09 AM, Casey Sherman <csherman@regancomm.com> wrote:
>
> Good morning Tara,

I just found your email in the spam folder of my production company via my business partner. I apologize for the delay, but I'm a bit confused as to why you did not

email me at Regan Communications Group, as this is a Regan matter. Reading your email, I also want to clarify to you that I was not lawfully served

with a subpoena. Someone delivered a pile of loose leaf documents to my ex-wife's house, an address where I haven't resided in 4 years.

My ex-wife told your server that she would not accept these documents on my behalf, yet your server just left them there.

I have yet to review the documents. I did contact Howard Cooper via email last week after he had spoken with George Regan (see the email below).

I will reiterate that message here.

I've been made aware that you are attempting to contact me to discuss Regan Communications' work on behalf of Rudolph Friedmann, LLP with regard to Allan Chiocca in 2018.

I have not been properly served by Todd & Weld to testify on this matter. I have been splitting my time between Cape Cod & Boston, caring for my mother, who is receiving cancer treatment.

I am more than happy to coordinate a day & time to meet with your team to discuss Regan Communications' public relations work that was authorized and directed

by attorneys Adam Shafran & John Friedmann.

Given the schedule of my mother's cancer treatments, I would be available any time beginning the week of November 29, 2021. Please advise.

Regards,

5

Casey Sherman

SVP, Regan Communications Group

**From:** "Dunn, Tara D." <tdunn@toddweld.com>
**Date:** November 2, 2021 at 2:41:23 PM EDT
**To:** Dave Wedge <dave@fortpointmedia.com>
**Cc:** "Cooper, Howard" <hcooper@toddweld.com>, "Ellen J. Zucker" <ezucker@burnslev.com>, Cindy Cieslak <ccieslak@rosekallor.com>, Jason Crotty <JCrotty@piercedavis.com>, Neerja Sharma <nsharma@burnslev.com>, Justin Amos <JAmos@piercedavis.com>, shafaq.islam@state.ma.us, "Friedmann, Jon" <jfriedmann@rflawyers.com>, Samantha Halem <shalem@marshallhalem.com>
**Subject: Chiocca v. Town et al- Subpoena Service- Deposition**

Dear Mr. Sherman –

As you are aware, our process server has lawfully served you with a subpoena for both documents and testimony for this Friday, November 5, 2021. Your failure to appear at your deposition will force us to seek judicial relief to enforce the subpoena. We remain willing to extend you every courtesy and cooperate with respect to scheduling if this Friday does not work for you. Otherwise, we will insist that you appear as required, with documents, as scheduled.

Tara D. Dunn
[Email_Logo]
Todd & Weld LLP
One Federal Street, Boston, MA 02110
Tel: 617.624.4748
www.toddweld.com<http://www.toddweld.com/>

# Regan Communications Work on Behalf of Rudolph Friedmann, LLP



**Casey Sherman** <csherman@regancomm.com>
to Howard, Ken, George

Good morning Howard,

I've been made aware that you are attempting to contact me to discuss our work on behalf of Rudolph Friedmann, LLP with regard to Allan Chiocca in 2018.

I have not been properly served by Todd & Weld to testify on this matter. Someone named Tara Dunn dropped off a stack of loose leaf documents at my ex-wife's home.

I live and receive mail at a different address. I have been splitting my time between Cape Cod & Boston, caring for my mother, who is receiving cancer treatment.

I am more than happy to coordinate a day & time to meet with your team to discuss Regan Communications' public relations work that was authorized and directed

by attorneys Adam Shafran & John Friedmann.

Given the schedule of my mother's cancer treatments, I would be available any time beginning the week of November 29, 2021. Please advise.

Warm Regards,

Casey Sherman

SVP, Regan Communications Group

<Doc - Nov 2 2021 - 1-51 PM.pdf>

&lt;Subpoena USDC (Civil) to Casey Sherman.pdf&gt;

This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax penalties.

This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax penalties.

This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax penalties.