# EXHIBIT B

Larry J. Ryan - Vol. I
January 6, 2021

Contains Confidential Portions

Allan Chiocca vs.
The Town of Rockland, et al.

Page 149

1  aggressor.
2     Q.  It accuses or it finds?
3        MS. ZUCKER: Objection.
4        MR. CROTTY: Objection.
5     A.  It finds that she harassed Mr. Chiocca.
6     Q.  Did you come to this understanding when you
7  first read this document?
8        MS. ZUCKER: Objection.
9        MR. CROTTY: Objection.
10    A.  Well, to my understanding -- I read the
11 article, and I completed the article, and it speaks
12 for itself.
13       You know, I don't -- it was a one-sided
14 investigation.  I mean, I don't know.  I just -- I
15 don't know what to say about it, to be honest with you.
16    Q.  Do you possess any documents that would
17 contradict the finding in Paragraph 9?
18    A.  No.
19    Q.  Do you possess any information that would
20 contradict the finding in Paragraph 9?
21       MS. ZUCKER: Objection.
22       MS. CIESLAK: Objection.
23    A.  I would have to say no.
24    Q.  Did you ever tell anyone that you disagreed

Page 150

1  with that finding?
2        MR. CROTTY: Objection.
3     A.  I can't remember whether I did or not.
4     Q.  Do you disagree with that finding?
5     A.  I questioned the report's entirety due to
6  the one-sided nature of the exchange.
7        In my relationship with Mr. Chiocca, I have
8  never known Mr. Chiocca to be intimidated by anyone,
9  so I have a hard time equating the two.  It's
10 just -- that's it.
11    Q.  Is that your personal view?
12    A.  That's my personal view.  Mr. Chiocca has
13 never, ever shown that he's been intimidated or has
14 been intimidated by anyone.  You know, in the
15 opposite, he often used to tell me and others --
16 well, I can't testify to the others -- that he was a
17 puppet master and he pulled the strings on the Board
18 of Selectmen.
19    Q.  Did you conclude that Ms. Hall did not seek
20 sexual relations in exchange for her vote on his
21 contract extension and raise?
22       MS. CIESLAK: Objection.
23    A.  No.  I didn't say that.
24    Q.  You did not come to that conclusion?

Page 151

1        MR. CROTTY: Objection.
2     Q.  Correct?
3        MR. CROTTY: Objection.
4     A.  I thought I said no to that, didn't I?
5     Q.  You said Mr. Chiocca told you that he was a
6  "puppet master"?
7     A.  Yes.
8     Q.  Who was present for that conversation?
9     A.  I can't recollect.
10    Q.  Do you recall if there was anyone there
11 other than you?
12    A.  No, I can't recall whether there was anyone
13 else there but me.
14    Q.  Do you recall when he said it?
15    A.  More than once in private conversations we
16 had when I was in the office.
17    Q.  Do you recall what the context was?
18    A.  No.
19    Q.  You have no recollection of the context
20 that he said that?
21    A.  It had to do with a lot of different
22 aspects of what we were doing at Town.  He was
23 basically saying that he pulled the strings and he
24 ran the Town.  I didn't disagree with him.  I just

Page 152

1  listened to him.
2     Q.  Are you saying that based on those
3  statements, that you believed it wasn't possible for
4  Mr. Chiocca to be harassed by Ms. Hall?
5     A.  No, I am not.
6     Q.  You are not saying that?
7     A.  I'm not saying that -- it's not impossible.
8     Q.  Are you saying based on those statements,
9  that you don't believe this finding?
10    A.  No.  I'm saying that I have a hard time
11 understanding that it happened the way it happened
12 due to Mr. Chiocca's conversations with me prior to
13 this that he doesn't get intimidated.
14    Q.  You have a hard time understanding the
15 finding?
16    A.  I just don't dispute them.  I just don't --
17 I have a hard time understanding it.
18    Q.  Did you accept DHS's finding?
19       MR. CROTTY: Objection.
20    A.  The board voted to accept her report as
21 written.
22    Q.  Were you one of the individuals that voted
23 in favor of that?
24    A.  Yes.  I believe it was unanimous.