UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Allan Chiocca,**

    **Plaintiff**

    v.                                Civ. A. No.: 1:19–cv–10482–WGY

**The Town of Rockland, Deirdre Hall,
Edward Kimball, Larry Ryan,
Michael Mullen Jr., Michael O'Loughlin,
Richard Penney, and Kara Nyman**

    **Defendants**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>DECLARATION OF SAMANTHA C. HALEM IN SUPPORT OF PLAINTIFF/COUNTERCLAIM DEFENDANT ALLAN CHIOCCA'S SUPPLEMENTAL REPLY MEMORANDUM OF LAW IN SUPPORT OF SUMMARY JUDGMENT MOTION ON COUNTERCLAIMS AND IN CONNECTION WITH THE CASE STATED HEARING</u>**

I, Samantha C. Halem, declare as follows:

    1.    I am a partner at Marshall Halem, LLC ("Marshall Halem") and counsel for Plaintiff/Counterclaim Defendant Allan Chiocca ("Chiocca") in this action. I submit this Declaration in support of Chiocca's Motion for Summary Judgment on Defendant/Counterclaim Plaintiff Deirdre Hall's Counterclaims and Defendant/Counterclaim Plaintiff Edward Kimball's Counterclaim. Included within this Declaration are documents related to a recently-taken deposition that contains essential evidence in the case.

    2.    Attached hereto are true and correct copies of the following documents:

    EXHIBIT A – Excerpts and exhibits from the Deposition of Casey Sherman, taken April 8, 2022.

{00023292.DOCX }

EXHIBIT B – Excerpt from the Deposition of Deirdre Hall, Volume II, taken October 4, 2021.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 18th DAY OF MAY, 2022.

/s/ Samantha C. Halem
Samantha C. Halem