# EXHIBIT B

# In The Matter Of:

*Allan Chiocca vs.*
*The Town of Rockland, et al.*

*Deirdre Hall*
*Vol. II*
*October 4, 2021*



**DORIS O. WONG ASSOCIATES, INC.**

COURT REPORTERS

50 Franklin St., Boston, MA 02110
Phone (617) 426-2432

*Original File Hall_Deirdre_Vol2.v1*
Min-U-Script® with Word Index

Case 1:19-cv-10482-WGY   Document 283-4   Filed 05/18/22   Page 3 of 3

Allan Chiocca vs.
The Town of Rockland, et al.

Deirdre Hall - Vol. II
October 4, 2021

**Page 145**

1  Ed as well.
2  Q. How were they investigating Ed?
3  A. That just asked a lot of questions about me
4  and Ed. Regina asked a lot of questions.
5  Q. Is it fair to say that you told Regina that
6  you had told Allan Chiocca that you were having an
7  affair with Ed Kimball?
8  A. Yes.
9  Q. And did you think that was irrelevant to
10  what had happened at Town Hall that night?
11  A. No. I thought it was relevant to some
12  extent, but we were there to investigate allegations
13  involving me and Allan from that night, and the
14  majority of the conversation was centered around my
15  relationship with Ed. So he was definitely a bigger
16  part of the conversation than he probably should
17  have been.
18  Q. The third time you met with Regina Ryan you
19  gave her a screen shot of the phone calls you had
20  with Ed Kimball on May 17th, do you remember doing
21  that?
22  A. I may have. I don't recall.
23  Q. It seems like you were offering it to her
24  as evidence of something being wrong in the original

**Page 146**

1  report; is that right?
2  A. I think I was offering it to her to show
3  when he called me and I first told him what had
4  transpired at Town Hall. I think it was, like, at
5  10:31 or something in the morning.
6  Q. And why was that relevant?
7  A. I think there was some -- what's the
8  word -- confusion over whether Larry Ryan's email
9  was before or after my call with Ed, and his email
10  was after my call with Ed.
11     MS. HALEM: Adam, can you share your
12  screen. I'm sorry. We don't have this as a link.
13  This is going to be Exhibit 9, though.
14     (Document marked as Hall
15     Exhibit 9 for identification)
16  A. (Examines document) Okay.
17  Q. Does this look like the document you showed
18  to Regina Ryan the third time you met with her?
19  A. Yes.
20  Q. How did you create this document?
21  A. It existed. I didn't create anything.
22  Q. How did you capture it?
23  A. With a screen shot.
24  Q. That's all you did?

**Page 147**

1  A. Yes.
2  Q. So when it says, "Call Ed Kimball," would
3  that be his cell phone number?
4  A. Which one are you talking about? There's a
5  couple of calls. I'm looking at May 17th at 11:08.
6  Q. Are all these calls to his cell phone number?
7  A. They are to his cell phone I believe, yes.
8  Q. You can close this out now.
9     MS. HALEM: This is going to be Exhibit 10,
10  identified with the Letter Z.
11     (Document marked as Hall
12     Exhibit 10 for identification)
13  Q. Tell me when you can see the document,
14  Ms. Hall.
15  A. (Examines document) I can see the document.
16  Q. I'm going to have you scroll down to
17  May 17th, to that 10:31 phone call.
18  A. Sure.
19  Q. Tell me when you are there.
20  A. (Examines document) Yes, we're there.
21  Q. The 10:31 phone call is to a number in
22  Philadelphia, 267 507-5154.
23  A. Yes.
24  Q. Who is that?

**Page 148**

1  A. I used a Google number to call him at that
2  point in time because my phone number was blocked.
3  When you use a Google number, it routes it through
4  another phone number.
5  Q. So you were hiding your phone calls to Ed
6  Kimball?
7     MS. ZUCKER: Objection.
8  A. I was trying to reach him when his wife had
9  him block my number. I wasn't hiding my calls from
10  anyone.
11  Q. Later in the day at 1:58 p.m., you do call
12  him.
13  A. No. I don't know why I would do that,
14  unless I -- like I said, I would only use the Google
15  number if I was -- if I just couldn't reach him or
16  if I just couldn't get my number through to him. I
17  think it was blocked at the time.
18  Q. Are you sure that -- well, it wasn't
19  blocked later that day at 1:58?
20  A. I don't know. Where is 1:58?
21  Q. Keep scrolling. It's yellow.
22  A. (Examines document) No, I guess not. I
23  guess I reached him at 1:58.
24  Q. And then again at 10:40 and at 10:49?