# **EXHIBIT D**

**Finan, Jessica**

| | |
|---|---|
| **From:** | casey sherman <pcaseysherman@gmail.com> |
| **Sent:** | Wednesday, April 6, 2022 4:20 PM |
| **To:** | Adam Shafran; John Friedmann (jfriedmann@rflawyers.com); Samantha Halem; Ellen J. Zucker - Burns & Levinson LLP (ezucker@burnslev.com); Neerja Sharma; Justin Amos; Jason Crotty; Cindy Cieslak; rkallor@rosekallor.com; Stern, Max D.; mrose@rosekallor.com; Belostock, Lorraine |
| **Subject:** | Fwd: Patriot Ledger coverage of Chiocca case |

---------- Forwarded message ---------
From: **casey sherman** <pcaseysherman@gmail.com>
Date: Wed, Jun 6, 2018 at 11:56 AM
Subject: Patriot Ledger coverage of Chiocca case
To: Allan Chiocca <arc3535@msn.com>, Friedmann, Jon <jfriedmann@rflawyers.com>, Adam Shafran <ashafran@rflawyers.com>
Cc: Tom Cole <tcole@regancomm.com>, Ashley Boiardi <aboiardi@regancomm.com>

Hello all - Here is how the Patriot Ledger is playing the story today...
Hall continues to position herself as the victim of inappropriate behavior and during her public comments cited that she was "treated improperly" by Chiocca.
She also stressed concern about the "safety" of her family, which is another "victimization move". As Allan mentioned, Ed Kimball also weighed in talking about
a Town Hall culture that "has to change". I agree with the strategy for Friday's recommending that Allan ask Regina Ryan to explore other relationships impacting
town business (primarily Kimball/Hall). Once this becomes part of the narrative (and eventually it will), it will support Allan's case and shift the focus away from
his transgression to that of Hall & Kimball.

I suggest we touch base again Friday afternoon on this, after Allan's meeting with Ryan.

Thanks,
Casey

# Rockland selectwoman takes leave, citing 'false rumors'

HIDE CAPTION

1

EXHIBIT

Casey Sherman Exhibit 7  04/08/22

Deidre Hall, vice chairman of the Rockland Board of Selectmen, speaks about the importance of storm water compliance during discussion of a Town Meeting article on Monday, May 7 at Rockland High School. Wicked Local Photo/Mark Jarret Chavous

By **Ed Baker**

ebaker@wickedlocal.com

Posted at 11:01 AM

ROCKLAND - Selectmwoman Deidre Hall said she will take a voluntary leave of absence from the board while an allegation of inappropriate behavior toward her by Town Administrator Allan R. Chiocca is investigated.

"Once completed, I intend to return to my position as vice chair of the Rockland board of selectmen," she said during a meeting, Tuesday. "In the interim, because it is a difficult and stressful time for all parties involved in this investigation, I ask that you kindly respect the privacy of all involved in this matter."

Chiocca, who has been serving as town administrator since 2008, was placed on paid administrative leave by board members May 29.

Regina Ryan, an attorney of Discrimination and Harassment Solutions LLC, was hired by the board to investigate the allegations.

Hall said false rumors have been spread about herself and her family on social media since she reported an allegation of inappropriate behavior by Chiocca.

"Indeed I no longer feel that my children are comfortable or safe taking the school bus or participating in community activities," she said. "This is a deeply disappointing consequence of my decision to stand up for myself in a situation where I was treated improperly."

Selectmen chairman Ed Kimball said the recent news reports in numerous media outlets about the events surrounding the allegation have been unfair to the town.

"They do not depict the town we grew up in, the town we have made good friends in, the town we are raising our families in, the town we love and they certainly do not reflect the sentiment of this board," he said. "Inappropriate behavior regardless if within a professional relationship or personal relationship is unacceptable."

The board voted 4-1 to fill Chiocca's absence by naming Police Chief John R. Llewellyn as interim town administrator and town project coordinator Marcy Birmingham administrative assistant.

Kimball said he was comfortable with having Birmingham serve as interim town administrator or having her share the position's duties shared with Llewellyn.

"The police chief has strong staff under him and I also have the feeling town hall would be in good hands if he sat at this desk," he said before the board voted. "I'm not opposed to sharing that role. I'd offer it to Marcy and John and see if that is something they are amendable to."

Kimball said there is very good staff at town hall and he would like to see Birmingham apply for the town administration position in the future.

"Some of the things I see here is that we have a culture that needs to be addressed and change that is important for the town to have," he said. "the town has made strides during the last 10 years and we have done great things through the support of the community, department heads and everyone working together."