# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

    CHIOCCA
Plaintiff/Counterclaim Defendant

V.

THE TOWN OF ROCKLAND et al
Defendants/Counterclaim Plaintiff

CIVIL ACTION

NO.  1:19-10482-WGY

## SETTLEMENT ORDER OF DISMISSAL

YOUNG, DJ

    The Court having been advised on  November 8, 2022   that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five (45) days if settlement is not consummated.

By the Court,

November 8, 2022
Date

/s/ Jennifer Gaudet
Deputy Clerk